FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 14, 2026

SEAN F. McAVOY, CLERK

AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

CHARLES JOSEPH REEVIS

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
| SPOKANE COUNTY SUPERIOR COURT, EASTERN STATE HOSPITAL, and SPOKANE LODGE 34 | ) ) ) |
| *Defendant* |  |

Civil Action No.  2:26-cv-00038-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:    Pursuant to the Court Oder at ECF No 5, this matter is DISMISSED without prejudice pursuant to LCivR 41(b)(2). Judgment of Dismissal without prejudice is entered.

This action was *(check one)*:

❐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge    Edward F. Shea.

Date:  5/14/2026

CLERK OF COURT

s/Sean F. McAvoy
*Signature of Clerk*